IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN BURBACK, | ) | |
| Plaintiff, | ) | 8:06CV49 |
| v. | ) | |
| ELI LILLY AND COMPANY, | ) | REASSIGNMENT ORDER |
| Defendant. | ) | |

The Clerk's office has not received a Consent to Exercise of Jurisdiction by United States Magistrate Judge form signed by all parties. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Lyle E. Strom for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 31st day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court