```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA
```

```
JOHN BURBACK,                  )
                               )
          Plaintiff,           )         8:06CV49
                               )
     v.                        )
                               )
ELI LILLY AND COMPANY,         )         ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the stipulation of dismissal with prejudice (Filing No. 18).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that said stipulation is approved and adopted.  This action is dismissed with prejudice, each party to pay their own costs.

DATED this 23rd day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court